**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 31, 2005
THOMAS K. KAHN
CLERK

No. 01-17176

(D.C. Docket No. 98-00721-CR-JAL)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN CAMPA, a.k.a. John Doe 3, a.k.a. Vicky,a.k.a. Camilo,
a.k.a. Oscar, RENE GONZALEZ, a.k.a. Iselin, a.k.a. Castor,
GERARDO HERNANDEZ, a.k.a. Giro, a.k.a. Manuel Viramontez,
a.k.a. John Doe 1, a.k.a. Manuel Viramontes, LUIS MEDINA,
a.k.a. Oso, a.k.a. Johnny, a.k.a. Allan, a.k.a. John Doe 2,
ANTONIO GUERRERO, a.k.a. Rolando Gonzalez-Diaz,
a.k.a. Lorient,

Defendants-Appellants.

No. 03-11087

(D.C. Docket No. 98-00721-CR-JAL)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERARDO HERNANDEZ, a.k.a. Giro, a.k.a. Manuel Viramontez,
a.k.a. John Doe 1, a.k.a. Manuel Viramontes, LUIS MEDINA,
a.k.a. Oso, a.k.a. Johnny, a.k.a. Allan, a.k.a. John Doe 2,
RENE GONZALEZ, a.k.a. Iselin, a.k.a. Castor,
ANTONIO GUERRERO, a.k.a. Rolando Gonzalez-Diaz, a.k.a. Lorient,
RUBEN CAMPA, a.k.a. John Doe 3, a.k.a. Vicky, a.k.a. Camilo, a.k.a. Oscar,

Defendants-Appellants.

Appeals from the United States District Court for the
Southern District of Florida

(Opinion August 9, 2005, 419 F.3d 1219, 11th Cir. 2005)

**(October 31, 2005)**

**Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges\*.**

B Y   T H E   C O U R T :

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc.  The previous panel's opinion is hereby **VACATED.**

_____
\*Senior U. S. Circuit Judge Phyllis A. Kravitch may elect to participate in further proceedings in these matters pursuant to 28 U.S.C. § 46(c).